IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALEX SMITH, | CV 24-78-GF-DWM |
| Plaintiff, | |
| vs. | ORDER |
| RUSSIAN FEDERATION, | |
| Defendant. | |

On September 3, 2024, Plaintiff Alex Smith filed two actions in this Court, the above-captioned civil action, and a petition for habeas corpus, *Smith v. Attorney General of Montana*, CV 24-79-GF-DWM. The two filings are, in important respects, identical, and are patently more appropriate as a habeas petition than as a civil rights complaint against a foreign government.

Accordingly, IT IS ORDERED that the Clerk of Court is directed to close this matter. Smith may proceed in his other action in this Court. All pending motions in this action are DENIED as moot.

DATED this 9th day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court